

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00109-CV

**JIMMY JOSEPH NEWELL,**

                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                    **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2017-1307-C2

## O R D E R

Appellant's Motion to Classify Appeal as Criminal was filed on July 19, 2018. In that motion, appellant requests that we change the designation of this appeal from civil to criminal. Appellant is appealing "the final order of the trial court filed on Feb. 20, 2018 denying his 'Motion to Rescind Withdrawal Notification.'" (*See* Notice of Appeal). The withdrawal notification referenced is an order to withdraw funds from an inmate's prison account. Orders withdrawing funds have been determined to be civil matters, not criminal matters. *See Harrell v. State*, 286 S.W.3d 315, 321 (Tex. 2009); *Johnson v. Tenth*

*Judicial Dist. Court of Appeals at Waco*, 280 S.W.3d 866, 874 (Tex. Crim. App. 2008); *Ramirez v. State*, 318 S.W.3d 906, 908 (Tex. App.—Waco 2010, no pet.). Thus, an appeal from an order denying the challenge to a withdrawal order is a civil appeal. *See id.*; *see also* Tex. R. App. P. 12.2(a)(4).

Accordingly, appellant's motion is denied.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed July 25, 2018

